■ In the Matter of the Estate of EDITH G. DOIG, Deceased. STEPHEN G. DOIG, JR., Appellant; AMERICAN BIBLE SOCEITY et al., Respondents. —In a proceeding to construe a will, the executor appeals from a decree of the Surrogate's Court, Rockland County, dated October 26, 1976, which, *inter alia,* directed him to purchase annuities from the American Bible Society for certain persons pursuant to paragraph "FOURTH" of the testatrix' will. Decree affirmed, without costs or disbursements, upon the opinion of Surrogate Skahen. Hopkins, Acting P. J., Margett, Damiani and Rabin, JJ., concur.

■ In the Matter of FREDERICK J. FABB, Petitioner, v CITY OF WHITE PLAINS et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent Commissioner of Public Works of the City of White Plains which, after a hearing, dismissed petitioner from his position as "Water Plant Operator" for the City of White Plains. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. There is substantial evidence in the record to support the finding that petitioner was guilty of misconduct. In accordance with the guidelines set forth in *Matter of Pell v Board of Educ.* (34 NY2d 222), the penalty imposed is not shocking to one's sense of fairness. Hopkins, Acting P. J., Margett, Damiani and Rabin, JJ., concur.